UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ARTICLE 13, LLC,

                               Plaintiff (s),                  Docket No.: 20-CV-03553 (HG)

            -against-                                                   (RML)

PONCE DE LEON FEDERAL BANK; LASALLE NATIONAL
BANK ASSOCIATION; ALLIANCE MORTGAGE BANKING
CORP., and VAN BUREN GROUP, INC.,                    **NOTICE OF APPEAL**

                               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Notice is hereby given that U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-2AX, Mortgage Pass-Through Certificates, Series 2007- 2AX (s/h/a LASALLE NATIONAL BANK ASSOCIATION) (Defendant) in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit, from the Memorandum & Order, entered in this action on the 11th day of August, 2023.

**DATED:**      **September 8, 2023**                  HOUSER LLP
                   New York, New York

                                                            /s/ Jordan W. Schur
                                                            Jordan W. Schur, Esq.
                                                            60 E. 42nd Street, Suite 2200
                                                             New York, New York
                                                             Tel: (212) 490-3333
                                                            Fax: (949) 679 -1112
                                                           jschur@houser-law.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTICLE 13, LLC,<br><br>Plaintiff(s),<br><br>-against -<br><br>LASALLE NATIONAL BANK ASSOCIATION, CENTRAL MORTGAGE COMPANY, ALLIANCE MORTGAGE BANKING CORP., and PONCE de LEON FEDERAL BANK,<br><br>Defendant(s). | Civil Action No.:<br>1:20-cv-03553-RRM-RML<br><br>**AFFIRMATION OF SERVICE** |

Jordan W. Schur, Esq., an attorney duly admitted to practice law before the courts of the State of New York, respectfully affirms under penalty of perjury:

I am not a party to the within action, I am over 18 years of age, and reside in Fairfield County, Connecticut.

On September 8, 2023, I caused the **Notice of Appeal** to be served via deposit of a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following person(s) at the last known address set forth after each name:
:

    Jacobs, P.C.
    8002 Kew Gardens Road, Suite 300
    Kew Gardens, New York 11415

Dated: September 8, 2023
       New York, New York

                                                   */s/Jordan W. Schur*

                                                Jordan W. Schur, Esq.